UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REGINA Y. GALLAHAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 08-0544 (RMC) |
| | ) |
| DONALD C. WINTER, | ) |
| Secretary of the Navy | ) |
| Department of the Navy, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF APPEARANCE**

Please enter the appearance of Daniel K. Gebhardt as counsel for Plaintiff in the above-captioned case.

                                           Respectfully Submitted,

                                           /s/ Daniel K. Gebhardt
                                           DANIEL K. GEBHARDT
                                           (D.C. Bar No. 975703)
                                           JOSEPH D. GEBHARDT
                                           (D.C. Bar No. 113894)
                                           GEBHARDT & ASSOCIATES, LLP
                                           1101 17th Street, N.W.
                                           Suite 807
                                           Washington, DC 20036-4716
                                           (202) 496-0400

June 9, 2008                                   Attorneys for Plaintiff