UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REGINA Y. GALLAHAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 08-0544 (RMC) |
| | ) |
| DONALD C. WINTER, | ) |
| Secretary of the Navy | ) |
| Department of the Navy, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**PROOF OF SERVICE**

I HEREBY CERTIFY that a copy of the Summons and Complaint in the above-captioned case was served pursuant to Rule 4(i) of the Federal Rules of Civil Procedure on the 7th day of April, 2008, via certified mail, return receipt requested, upon the United States Attorney as follows:

> The Honorable Jeffrey A. Taylor
> United States Attorney
> United States Attorney's Office
> 555 Fourth Street, N.W.
> Washington, DC 20530

See Exhibit 1 (Copy of Certified Mail Card) and Exhibit 2 (Copies of Certified Mail Receipt and USPS Track and Confirm Webpage).

                                      Respectfully Submitted,

                                      <u>/s/ Daniel K. Gebhardt</u>
                                      DANIEL K. GEBHARDT
                                      (D.C. Bar No. 975703)
                                      JOSEPH D. GEBHARDT
                                      (D.C. Bar No. 113894)
                                      GEBHARDT & ASSOCIATES, LLP
                                      1101 17th Street, N.W.
                                      Suite 807
                                      Washington, DC 20036-4716
                                      (202) 496-0400

June 9, 2008                          Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Proof of Service and Exhibits 1 and 2 was served this 9th day of June 2008, via electronic court filing through the Court, upon counsel for the Defendant as follows:

>Heather D. Graham-Oliver, Esq.
>Assistant United States Attorney
>United States Attorney's Office
>555 Fourth Street, N.W.
>Washington, DC 20530
>(202) 305-1334

                             /s/ Daniel K. Gebhardt
                             DANIEL K. GEBHARDT

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. Jeffrey A. Taylor
United States Attorney
United States Attorney's Office
555 Fourth Street, N.W.
Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Earnest L. Parker_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
APR 0 7 2008

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)

7006 2150 0001 8007 4472

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm | FAQs

## Track & Confirm

**Search Results**

Label/Receipt Number: **7006 2150 0001 8007 4472**
Status: **Delivered**

Your item was delivered at 11:09 AM on April 4, 2008 in WASHINGTON, DC 20530.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

