UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REGINA Y. GALLAHAN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|   v. | ) C.A. No. 08-0544 (RMC) |
| | ) |
| DONALD C. WINTER, | ) |
| Secretary of the Navy | ) |
| Department of the Navy, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

**PROOF OF SERVICE**

    I HEREBY CERTIFY that a copy of the Summons and Complaint in the above-captioned case was served pursuant to Rule 4(i) of the Federal Rules of Civil Procedure on the 7th day of April, 2008, via certified mail, return receipt requested, upon the Defendant as follows:

> The Honorable Donald C. Winter
> Secretary
> Department of the Navy
> 1000 Navy Pentagon
> Washington, DC 20350-1000

<u>See</u> Exhibit 1 (Copies of Certified Mail Receipt and USPS Track and Confirm Webpage).

                                              Respectfully Submitted,

                                           /s/ Daniel K. Gebhardt
                                          DANIEL K. GEBHARDT
                                          (D.C. Bar No. 975703)
                                          JOSEPH D. GEBHARDT
                                          (D.C. Bar No. 113894)
                                          GEBHARDT & ASSOCIATES, LLP
                                          1101 17th Street, N.W.
                                          Suite 807
                                          Washington, DC 20036-4716
                                          (202) 496-0400

June 9, 2008                         Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing Proof of Service and Exhibit 1 was served this 9th day of June 2008, via electronic court filing through the Court, upon counsel for the Defendant as follows:

        Heather D. Graham-Oliver, Esq.
        Assistant United States Attorney
        United States Attorney's Office
        555 Fourth Street, N.W.
        Washington, DC 20530
        (202) 305-1334

                        /s/ Daniel K. Gebhardt
                        DANIEL K. GEBHARDT



**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: **7006 2150 0001 8007 4489**
Status: **Delivered**

Your item was delivered at 6:12 AM on April 7, 2008 in WASHINGTON, DC 20310.

( Additional Details > )   ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

