UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
)
**REGINA Y. GALLAHAN,**             )
)
    **Plaintiff,**                )
)
    v.                          )  Case No.  1:08-0544 (RMC)
)
**DONALD C. WINTER,**               )
**Secretary of the Navy**           )
**Department of the Navy,**         )
)
    **Defendant.**              )
_____)

## SCHEDULING ORDER

_____UPON CONSIDERATION of the parties' Local Civ. R. 16.3 statement, the Court enters the following scheduling order:

1. The case shall be sent to mediation prior to the commencement of discovery;

2. Discovery shall be stayed while the case is in mediation;

3. If mediation is not successful, the case will be sent back to the District Court Judge and the Parties will propose and file a discovery schedule within 14 days of the conclusion of mediation.

SO ORDERED THIS _____day of _____, 2008.


_____
UNITED STATES DISTRICT JUDGE

cc:

JOSEPH D. GEBHARDT  
(D.C. Bar No. 113894)  
DANIEL K. GEBHARDT  
(D.C. Bar No. 975703)  
GEBHARDT & ASSOCIATES, LLP  
1101 17th Street, N.W.  
Suite 807  
Washington, DC 20036-4716  
(202) 496-0400  

Attorneys for Plaintiff

HEATHER D. GRAHAM-OLIVER  
Assistant United States Attorney  
Judiciary Center Building  
555 4th St., N.W.  
Washington, D.C.  20530  
(202) 305-1334  

Attorney for Defendant